UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-D

**Order Filed on May 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Constantine Koutsoupias,

Debtor.

Case No.: 17-30531 CMG

Adv. No.:

Hearing Date: 4/15/2020 @ 9:00 a.m.

Judge: Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 6, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Constantine Koutsoupias,
Case No:  17-30531 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-D, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 112 Darrow Street, Boro Of South River, NJ, 08882, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph Casello, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 25, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2020 through April 2020 for a total post-petition default of $2,761.96 (2 @ $1,380.98); and

It is **ORDERED, ADJUDGED and DECREED** that the debtor will make a lump sum payment of $1,380.98 immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,380.98 will be paid by Debtor remitting $230.16 per month for five months and $230.18 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on May 25, 2020 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 25, 2020, directly to Secured Creditor's servicer, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  Constantine Koutsoupias,
Case No:  17-30531 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Constantine Koutsoupias  
    Debtor

Case No. 17-30531-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 06, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.  
db          +Constantine Koutsoupias,   112 Darrow Street,   South River, NJ 08882-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:  
           Albert  Russo    docs@russotrustee.com  
           Andrew L. Spivack   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
            PARTICIPATION TRUST nj.bkecf@fedphe.com  
           Craig Scott Keiser   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
            PARTICIPATION TRUST craig.keiser@law.njoag.gov  
           Denise E. Carlon   on behalf of Creditor   U.S. Bank Trust National Association, not in its  
            individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-D  
            dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
           Joseph  Casello   on behalf of Debtor Constantine  Koutsoupias  jcasello@cvclaw.net,  
            jcasello627@gmail.com  
           Kevin M. Buttery   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
            PARTICIPATION TRUST bkyefile@rasflaw.com  
           Melissa N. Licker   on behalf of Creditor   U.S. Bank Trust National Association  
            NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com  
           Melissa S DiCerbo   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master  
            Participation Trust nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com  
           Nicholas V. Rogers   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master  
            Participation Trust nj.bkecf@fedphe.com  
           Sindi  Mncina   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
            PARTICIPATION TRUST smncina@rascrane.com  
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                TOTAL: 11