UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> Constantine Koutsoupias | Case No.: 17-30531 <br> Chapter: 13 <br> Judge: Gravelle |

### NOTICE OF PROPOSED PRIVATE SALE

___Constantine Koutsoupias___, ___Chapter 13 Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street, Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine Gravelle___ on ___August 5, 2020___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, ___402 East State Street Trenton New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 112 Darrow Street, South River, New Jersey

Proposed Purchaser: John Espinoza & Carissa Vale

Sale price: $363,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Keller Williams Realty West Monmouth/Key Agency, Inc.
Amount to be paid: $18,150
Services rendered: Real Estate Brokerage services.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph M. Casello, Esq.

Address: 2317 Route 34, Suite 1A, Manasquan, NJ 08736

Telephone No.: 732-751-1766

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                 Case No. 17-30531-CMG
Constantine Koutsoupias                                                Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Jun 29, 2020
                              Form ID: pdf905             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db             +Constantine Koutsoupias,    112 Darrow Street,    South River, NJ 08882-1132
r              +Jose Sanchez,   Keller Williams Realty West Monmouth,    50 Route 9 North,    Building B,
                 Morganville, NJ 07751-1574
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517113667      +Anthony Devincentis,    1129 Bloomfield Avenue- #208,    West Caldwell, NJ 07006-7123
517113668       Caliber Home Loans, Inc.,    P.O. Box 619063,    Dallas, TX 75261-9063
517237704       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518454463       Citibank, N.A., as trustee for CMLTI Asset Trust,     PO Box 814609,   Dallas, TX 75381-4609
518454464       Citibank, N.A., as trustee for CMLTI Asset Trust,     PO Box 814609,   Dallas, TX 75381-4609,
                 Citibank, N.A., as trustee for CMLTI Ass,    PO Box 814609,   Dallas, TX 75381-4609
517113671      +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,    Suite 201,   Parsippany, NJ 07054-4673
517113672      +Fenton & McGarvey P.S.C.,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
517113673      +First American Acceptance,    2 Industrial Way W,    Eatontown, NJ 07724-2265
517113675      +Hayt Hayt & Landau,    2 Industrial Way W #8,    Eatontown, NJ 07724-2279
517113679      +McCabe, Weisberg & Conway,    216 Haddon Avenue,    Suite 201,   Westmont, NJ 08108-2818
517179597     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,   Trenton, NJ 08695-0245)
517137697      +The Accounts Retrievable System, Inc.,    Harold Rosenblatt, Pres.,    POB 386,
                 Baltimore, MD 21203-0386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2020 01:14:55     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2020 01:14:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 30 2020 01:15:41     Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517113670       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 01:12:53     Capitol One Bank,
                 15000 Capitol One Drive,    Richmond, VA 23238
517113669       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 01:11:59     Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517113674      +E-mail/Text: ally@ebn.phinsolutions.com Jun 30 2020 01:13:52     GMAC,   P.O. Box 380901,
                 Bloomington, MN 55438-0901
517113676       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 30 2020 01:14:20     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
517113677       E-mail/Text: bncnotices@becket-lee.com Jun 30 2020 01:14:09     Kohls,   Po Box 3043,
                 Milwaukee, WI 53201-3043
517520614       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 01:12:33
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517304121       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 01:12:07
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517113678      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 01:12:34     LVNV Funding, LLC,
                 15 South Main Street,    Greenville, SC 29601-2743
517113680      +E-mail/PDF: bankruptcy@ncfsi.com Jun 30 2020 01:13:01     New Century Financial,
                 110 S Jefferson Road,    Suite 104,   Whippany, NJ 07981-1038
517268846       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 01:13:00
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
517296496       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 01:13:08
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Unifund CCR,
                 Partners,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517305062      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 30 2020 01:15:41
                 U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    c/o Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City OK 73134-2500
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517113681     ##+Nudelman Klemm & Golub, PC,    425 Eagle Rock Avenue,   Roseland, NJ 07068-1717
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 29, 2020
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST craig.keiser@law.njoag.gov
          Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-D
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joseph   Casello    on behalf of Debtor Constantine   Koutsoupias jcasello@cvclaw.net,
           jcasello627@gmail.com
          Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bkyefile@rasflaw.com
          Melissa N. Licker    on behalf of Creditor    U.S. Bank Trust National Association
           NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Melissa S DiCerbo    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust nj.bkecf@fedphe.com
          Sindi   Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 11
```