Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30531−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Constantine Koutsoupias
   112 Darrow Street
   South River, NJ 08882

Social Security No.:
   xxx−xx−0071

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       10/7/20
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Joseph Casello, Debtor's Attorney

COMMISSION OR FEES
Fees: $5,000.00

EXPENSES
$221.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 8, 2020
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-30531-CMG
Constantine Koutsoupias                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin                Page 1 of 2            Date Rcvd: Sep 08, 2020
                             Form ID: 137               Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db          #+Constantine Koutsoupias,    112 Darrow Street,    South River, NJ 08882-1132
r            +Jose Sanchez,   Keller Williams Realty West Monmouth,    50 Route 9 North,    Building B,
              Morganville, NJ 07751-1574
cr           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517113667    +Anthony Devincentis,    1129 Bloomfield Avenue- #208,    West Caldwell, NJ 07006-7123
517113668     Caliber Home Loans, Inc.,    P.O. Box 619063,   Dallas, TX 75261-9063
517237704     Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518454463     Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
518454464     Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609,
              Citibank, N.A., as trustee for CMLTI Ass,    PO Box 814609,   Dallas, TX  75381-4609
517113671    +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,   Suite 201,    Parsippany, NJ 07054-4673
517113672    +Fenton & McGarvey P.S.C.,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
517113673    +First American Acceptance,    2 Industrial Way W,   Eatontown, NJ 07724-2265
517113675    +Hayt Hayt & Landau,    2 Industrial Way W  #8,   Eatontown, NJ 07724-2279
517113679    +McCabe, Weisberg & Conway,    216 Haddon Avenue,   Suite 201,    Westmont, NJ 08108-2818
517179597   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    P.O. Box 245,   Trenton, NJ 08695-0245)
517137697    +The Accounts Retrievable System, Inc.,    Harold Rosenblatt, Pres.,    POB 386,
              Baltimore, MD 21203-0386
518909235    +U.S. Bank Trust National Association, et al,    c/o Fay Servicing, LLC,    P.O. Box 814609,
              Dallas, TX 75381-4609
518909236    +U.S. Bank Trust National Association, et al,    c/o Fay Servicing, LLC,    P.O. Box 814609,
              Dallas, TX 75381,    U.S. Bank Trust National Association, et,
              c/o Fay Servicing, LLC 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2020 23:39:03     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2020 23:39:02      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
lm           +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 08 2020 23:39:33     Caliber Home Loans,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
517113670     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:49:25      Capitol One Bank,
              15000 Capitol One Drive,    Richmond, VA 23238
517113669     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:48:57      Capital One,
              PO Box 30285,    Salt Lake City, UT 84130-0285
517113674    +E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2020 23:38:20     GMAC,   P.O. Box 380901,
              Bloomington, MN 55438-0901
517113676     E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 08 2020 23:38:45     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
517113677     E-mail/Text: PBNCNotifications@peritusservices.com Sep 08 2020 23:38:30      Kohls,
              Po Box 3043,   Milwaukee, WI 53201-3043
517520614     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2020 23:49:01
              LVNV Funding LLC C/O Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
517304121     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2020 23:48:31
              LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
              Greenville, SC 29603-0675
517113678    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2020 23:49:26      LVNV Funding, LLC,
              15 South Main Street,    Greenville, SC 29601-2743
517113680    +E-mail/PDF: bankruptcy@ncfsi.com Sep 08 2020 23:49:19     New Century Financial,
              110 S Jefferson Road,    Suite 104,   Whippany, NJ 07981-1038
517268846     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:49:28
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
              Norfolk VA 23541
517296496     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2020 23:48:59
              Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Unifund CCR,
              Partners,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517305062    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 08 2020 23:39:33
              U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    c/o Caliber Home Loans,
              13801 Wireless Way,    Oklahoma City OK 73134-2500
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517113681    ##+Nudelman Klemm & Golub, PC,   425 Eagle Rock Avenue,   Roseland, NJ 07068-1717
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 08, 2020
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Andrew L. Spivack     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Craig Scott Keiser     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST craig.keiser@law.njoag.gov
              Denise E. Carlon     on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-D
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joseph  Casello     on behalf of Debtor Constantine  Koutsoupias jcasello@cvclaw.net,
               jcasello627@gmail.com
              Kevin M. Buttery     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST bkyefile@rasflaw.com
              Melissa N. Licker     on behalf of Creditor    U.S. Bank Trust National Association
               NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Melissa S DiCerbo     on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Nicholas V. Rogers     on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust nj.bkecf@fedphe.com
              Sindi  Mncina     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12