|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>COLLINS, VELLA & CASELLO, LLC<br>2317 Route 34, Suite 1A<br>Manasquan, NJ 08736<br>(732) 751-1766<br>Joseph M. Casello, Esq.<br>Attorney for the Debtor | Order Filed on October 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Constantine Koutsoupias | Case No.: 17-30531<br>Chapter: 13<br>Judge: Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 7, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Collins, Vella & Casello, LLC_____, the applicant, is allowed a fee of $ _____5,000_____ for services rendered and expenses in the amount of $_____221_____ for a total of $_____5,221_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for \_\_\_\_\_N/A\_\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

2