**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Constantine Koutsoupias<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0071<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–30531–CMG | |

# Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Constantine Koutsoupias

<u>1/13/21</u>                                                                                 **By the court:** <u>Christine M. Gravelle</u>
                                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                            Case No. 17-30531-CMG

Constantine Koutsoupias                                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 13, 2021 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Constantine Koutsoupias, 527 Oldridge Turnpike, Apartment 4324, East Brunswixk, NJ 08816-1969 |
| r | + | Jose Sanchez, Keller Williams Realty West Monmouth, 50 Route 9 North, Building B, Morganville, NJ 07751-1574 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517113667 | + | Anthony Devincentis, 1129 Bloomfield Avenue- #208, West Caldwell, NJ 07006-7123 |
| 517113668 | | Caliber Home Loans, Inc., P.O. Box 619063, Dallas, TX 75261-9063 |
| 518454463 | | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 518454464 | | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609, Citibank, N.A., as trustee for CMLTI Ass, PO Box 814609 Dallas, TX 75381-4609 |
| 517113671 | + | Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517113672 | + | Fenton & McGarvey P.S.C., 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 517113673 | + | First American Acceptance, 2 Industrial Way W, Eatontown, NJ 07724-2265 |
| 517113675 | + | Hayt Hayt & Landau, 2 Industrial Way W #8, Eatontown, NJ 07724-2279 |
| 517113679 | + | McCabe, Weisberg & Conway, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517113681 | + | Nudelman Klemm & Golub, PC, 425 Eagle Rock Avenue, Roseland, NJ 07068-1717 |
| 517179597 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517137697 | + | The Accounts Retrievable System, Inc., Harold Rosenblatt, Pres., POB 386, Baltimore, MD 21203-0386 |
| 518909235 | + | U.S. Bank Trust National Association, et al, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 518909236 | + | U.S. Bank Trust National Association, et al, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381, U.S. Bank Trust National Association, et c/o Fay Servicing, LLC 75381-4609 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 13 2021 22:10:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517113670 | | EDI: CAPITALONE.COM | Jan 14 2021 02:13:00 | Capitol One Bank, 15000 Capitol One Drive, Richmond, VA 23238 |
| 517113669 | | EDI: CAPITALONE.COM | Jan 14 2021 02:13:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517237704 | | EDI: BL-BECKET.COM | Jan 14 2021 02:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517113674 | + | EDI: GMACFS.COM | Jan 14 2021 02:13:00 | GMAC, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 517113676 | | EDI: IRS.COM | Jan 14 2021 02:13:00 | Internal Revenue Service, P.O. Box 7346, |

Case 17-30531-CMG    Doc 79    Filed 01/15/21    Entered 01/16/21 00:15:55    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 3180W | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 517113677 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jan 13 2021 22:08:00 | Kohls, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517520614 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 13 2021 22:26:08 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517304121 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 13 2021 22:25:07 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517113678 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 13 2021 22:26:08 | LVNV Funding, LLC, 15 South Main Street, Greenville, SC 29601-2743 |
| 517113680 | + | Email/PDF: bankruptcy@ncfsi.com | | |
| | | | Jan 13 2021 22:27:16 | New Century Financial, 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 517268846 | | EDI: PRA.COM | | |
| | | | Jan 14 2021 02:13:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517296496 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 13 2021 22:25:07 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Unifund CCR, Partners, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517305062 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | | |
| | | | Jan 13 2021 22:10:00 | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Craig Scott Keiser | |
| | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST craig.keiser@law.njoag.gov |
| Denise E. Carlon | |

Case 17-30531-CMG    Doc 79    Filed 01/15/21    Entered 01/16/21 00:15:55    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 13, 2021 | Form ID: 3180W | Total Noticed: 33 |

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-D dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph Casello

on behalf of Debtor Constantine Koutsoupias jcasello@cvclaw.net jcasello627@gmail.com

Kevin M. Buttery

on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com

Melissa N. Licker

on behalf of Creditor U.S. Bank Trust National Association NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Melissa S DiCerbo

on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Nicholas V. Rogers

on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust nj.bkecf@fedphe.com

Sindi Mncina

on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11